AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Meghan Rutledge (AKA: Meghan Bostic)

)
) Case: 1:21-mj-00625
) Assigned To : Faruqui, Zia M.
) Assign. Date : 10/5/2021
) Description: Complaint w/ Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Meghan Rutledge (AKA: Meghan Bostic)
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 10/05/2021

Zia M. Faruqui
2021.10.05 16:36:28 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/13/2021, and the person was arrested on *(date)* 10/13/2021
at *(city and state)* Chesapeake, VA

Date: 10/13/2021

*Arresting officer's signature*

Matthew Slodmaker Special Agent
*Printed name and title*